IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN LOUIS,

    Petitioner,

v.

                                  Case No. 21-cv-672-wmc

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Brian Louis, denying his petition under 28 U.S.C. § 2255.

    s/V. Olmo, Deputy Clerk                      04/20/2022
    Peter Oppeneer, Clerk of Court               Date